FILED

09 SEP -1 AM 9:35

[Clerk, U.S. District Court stamp]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Eric Nord Hoover - #171756

CV 09 80188 MISC VRW

**ORDER TO SHOW CAUSE**

It appearing that Eric Nord Hoover has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Eric Nord Hoover
Attorney at Law
853 Commodore Drive, Apt. 154
San Bruno, CA 94066